IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TANITA BURTON, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | FILE NO. 1:12-cv-03076-WSD |
| v. ) | |
| ) | |
| GRADE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Tanita Burton, by and through the undersigned counsel of record, and files this Dismissal with Prejudice of her claims in the above-referenced case.

Respectfully submitted this 18th day of September, 2012.

**COHAN LAW GROUP, LLC**

3340 Peachtree Rd.
Suite 580
Atlanta, GA 30326
404.891.1770 – Telephone
404.891.5094 – Facsimile
lcohan@cohanlawgroup.com
hdonahue@cohanlawgroup.com

/s/ Louis R. Cohan
LOUIS R. COHAN
Georgia Bar No.: 173357
HEATHER C. DONAHUE
Georgia Bar No.: 231599

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I have served a copy of the within and foregoing *Dismissal With Prejudice* upon the following via email:

Paul J. Morochnik
paul@wzlegal.com

Respectfully submitted this 18th day of September, 2012.

**COHAN LAW GROUP, LLC**

/s/ Louis R. Cohan
LOUIS R. COHAN
Georgia Bar No.: 173357
HEATHER C. DONAHUE
Georgia Bar No.: 231599

3340 Peachtree Rd.
Suite 580
Atlanta, GA 30326
404.891.1770 – Telephone
404.891.5094 – Facsimile
lcohan@cohanlawgroup.com
hdonahue@cohanlawgroup.com

*Counsel for Plaintiff*